**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **GEMMA JOSEPH-LUMPKIN** | : | **CASE NUMBER** |
| **VS.** | : | **3:19cv00150 (VLB)** |
| **NEW HAVEN BOARD OF EDUCATION** | : | **MARCH 25, 2019** |

**ANSWER TO PLAINTIFF'S COMPLAINT**

1. To the extent that paragraph 1 of the Complaint sets forth an overview of the nature of plaintiff's claim, it does not require a response, however, to the extent that said paragraph contains allegations directed against Defendant BOARD OF EDUCATION or SUPERINTENDENT CAROL D. BIRKS, they are denied.

2. Paragraph 2 of the Complaint only sets forth a legal conclusion as to the jurisdictional basis of plaintiff's claims and does not require a response.

3. Paragraph 3 sets forth the provision under which the claim is being brought and as such does not require a response.

4. Paragraph 4 sets forth the provision under which the claim is being brought and as such does not require a response.

5. Paragraph 5 sets forth the provision under which the claim is being brought and as such does not require a response.

6. Paragraph 6 sets forth the provision under which the claim is being brought in the District of Connecticut and as such does not require a response.

7. Defendant does not have sufficient knowledge or information upon which to form a belief, and therefore leaves the plaintiff to her proof.

8. Admitted.

9. Admitted.

10. Admitted.

11. Defendant does not have sufficient knowledge or information upon which to form a belief, and therefore leaves the plaintiff to her proof.

12. Admitted.

13. Denied.

14. Denied.

15. Admitted to the extent that the allegation states that a contract was renewed. Denied as to basis for that extension.

16-21. Defendant does not have sufficient knowledge or information upon which to form a belief, and therefore leaves the plaintiff to her proof.

22. Denied.

23-24. Defendant does not have sufficient knowledge or information upon which to form a belief, and therefore leaves the plaintiff to her proof.

25-26. Admitted. Plaintiff applied for intermittent FMLA leave for recovery of a "serious health condition."

27. Denied.

28. Denied.

29. Denied.

30. Defendant does not have sufficient knowledge or information upon which to form a belief, and therefore leaves the plaintiff to her proof. Defendant has no way of knowing why plaintiff decided to seek extended FMLA leave.

31. Defendant does not have sufficient knowledge or information upon which to form a belief, and therefore leaves the plaintiff to her proof.

32. Denied.

33. Admitted.

34. Admitted.

35. Denied.

36. Denied.

37. Defendant does not have sufficient knowledge or information upon which to form a belief, and therefore leaves the plaintiff to her proof.

38. Denied.

39. Defendant does not have sufficient knowledge or information upon which to form a belief, and therefore leaves the plaintiff to her proof.

40. Defendant does not have sufficient knowledge or information upon which to form a belief, and therefore leaves the plaintiff to her proof.

41-44. Denied.

45. As to the characterization of the "Saturday program", the Defendant does not have sufficient knowledge or information upon which to form a belief, and therefore leaves the plaintiff to her proof.

46. Denied.

47. Admitted.

48-52. Denied.

53. Denied as a mischaracterization of fact. The written memorandum attached as Exhibit 6 was not directed to the plaintiff but to a Mr. Kermit Carolina.

54-106. So as to match the complaint, Paragraphs one to 53 are to be incorporated here as paragraphs 54 to 106.

107. Defendant does not have sufficient knowledge or information upon which to form a belief as to why the plaintiff took actions, and therefore leaves the plaintiff to her proof.

108. Paragraph 108 of the Complaint only sets forth a legal conclusion as to the legitimacy of plaintiff's claims and does not require a response. Defendant does not have sufficient knowledge or information upon which to form a belief, and therefore leaves the plaintiff to her proof.

109-112. Admitted.

113. Defendant does not have sufficient knowledge or information upon which to form a belief as to why the plaintiff took actions, and therefore leaves the plaintiff to her proof.

114-123. Denied.

124-176. So as to match the complaint, Paragraphs one to 53 are to be incorporated here as paragraphs 124 to 176.

177-184. Denied.

185-237. So as to match the complaint, Paragraphs one to 53 are to be incorporated here as paragraphs 185 to 237.

238. Admitted.

239. Admitted.

240-241. Denied.

THE DEFENDANT,
NEW HAVEN BOARD OF EDUCATION

_______________/s/____________

Kevin M. Casini
Assistant Corporation Counsel
City of New Haven
Office of Corporation Counsel
165 Church Street
New Haven, CT 06510
Tel. #: (203)946-7963
Fax #: (203) 946-7942
E-mail: kcasini@newhavenct.net
Fed. Bar #ct
Its Attorney

**CERTIFICATION**

I hereby certify that on March 27, 2019, a copy of the Answer of Defendant to Plaintiff's Complaint was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to any one unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

_______________/s/________________

Kevin M. Casini